# EXHIBIT A

# LATHAM&WATKINS LLP

330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
Tel: +1.312.876.7700  Fax: +1.312.993.9767
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | Rome |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

February 23, 2017

**VIA EMAIL**

Robert B. Weiser
The Weiser Law Firm, P.C.
22 Cassatt Ave.
Berwyn, PA 19312

Richard A. Maniskas
Ryan & Maniskas, LLP
995 Old Eagle School Rd., Ste. 311
Wayne, PA 19087

Re: October 14, 2016 Shareholder Demand Letter on the Board of Directors of Stericycle, Inc.

Dear. Mr. Weiser and Mr. Maniskas:

I write to follow up with you regarding your letter dated October 14, 2016, to Mark C. Miller regarding the demands of your client, Damon Turney, to the Board of Directors of Stericycle, Inc. As I indicated in my letter of October 24, your letter was forwarded to the Board for consideration. The Board has constituted a Demand Review Committee to investigate the allegations made in your letter, and that Committee has retained Bryan B. House of Foley & Lardner LLP as independent counsel to assist in the investigation.

You can expect to hear from Mr. House directly. Meanwhile, if you have any evidence, information, or insights that might assist the Committee in its investigation, Mr. House can be reached at (414) 297-5554 or by email at bhouse@foley.com.

Best regards,

Michael J. Faris
of LATHAM & WATKINS LLP

cc: Bryan B. House, Esq.