**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DAMON TURNEY, Derivatively on Behalf of STERICYCLE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MARK C. MILLER, JACK W. SCHULER, CHARLES A. ALUTTO, JOSEPH BRENT ARNOLD, FRANK J.M. TEN BRINK, LYNN DORSEY BLEIL, THOMAS D. BROWN, THOMAS F. CHEN, RODNEY F. DAMMEYER, DANIEL V. GINNETTI, WILLIAM K. HALL, RICHARD T. KOGLER, JOHN PATIENCE, JONATHAN T. LORD, RONALD G. SPAETH, and MIKE S. ZAFIROVSKI,<br><br>Defendants,<br><br>and<br><br>STERICYCLE, INC.,<br><br>Nominal Defendant. | Civil Action No.: 1:18-cv-05186 |

**DEFENDANTS' MOTION TO DEFER COMPLIANCE WITH MIDP REQUIREMENTS AND EXTEND TIME TO ANSWER THE COMPLAINT**

PLEASE TAKE NOTICE that Defendants Mark C. Miller, Jack W. Schuler, Charles A. Alutto, Joseph Brent Arnold, Frank J.M. ten Brink, Lynn Dorsey Bleil, Thomas D. Brown, Thomas F. Chen, Rodney F. Dammeyer, Daniel V. Ginnetti, William K. Hall, Richard T. Kogler, John Patience, Jonathan T. Lord, Ronald G. Spaeth and Mike S. Zafirovski (collectively, "Defendants") and Stericycle, Inc. ("Nominal Defendant"), by and through their attorneys,

hereby move this Court to extend their time to comply with the requirements of the Mandatory Initial Discovery Pilot Project ("MIDP"), including the requirement that Defendants file an Answer to Plaintiff's Complaint, pending resolution of Defendants' forthcoming motion to dismiss the Complaint. Pursuant to the Court's requirement, the parties have met and conferred related to this matter. Plaintiff takes no position with respect to this Motion.

As stated in their accompanying memorandum of law, deferral of the MIDP requirements is warranted in light of the possibility that this case will not proceed in this Court and Defendants' plan to move to dismiss Plaintiff's complaint on *forum non conveniens* grounds. As grounds for this motion, Defendants state that good cause exists to defer compliance with these deadlines because if Defendants' motion to dismiss is granted, any time and resources spent by the parties on answering the Complaint and exchanging any early discovery would be largely wasted. Defendants make this request in good faith, and Plaintiff will not suffer any prejudice as a result of such a deferral.

WHEREFORE, Defendants respectfully request that this Court GRANT this motion and DEFER Defendants' time to comply with the requirements of the Mandatory Initial Discovery Pilot Project, including the requirement that Defendants file an Answer to Plaintiff's Complaint.

Dated: November 9, 2018

/*s*/ Michael J. Faris
Sean M. Berkowitz
Michael J. Faris
Meghan M. Hansen
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

*Counsel for defendants Mark C. Miller, Jack W. Schuler, Charles A. Alutto, Joseph Brent Arnold, Frank J.M. ten Brink, Lynn Dorsey Bleil, Thomas*

*D. Brown, Thomas F. Chen, Rodney F. Dammeyer, Daniel V. Ginnetti, William K. Hall, Richard T. Kogler, John Patience, Jonathan T. Lord, Ronald G. Spaeth, and Mike S. Zafirovski, and nominal defendant Stericycle, Inc.*